1  JONATHAN ALLAN KLEIN (SBN 162071)       JS-6
   LAURA J. CLARK (SBN 209028)
2  KELLY, HOCKEL & KLEIN P.C.
   One Sansome St., Ste. 1800
3  San Francisco, CA 94104-4798
   Tel.: (415) 951-0535
4  Fax: (415) 391-7808

5

6  Attorneys for Defendant
   RITE AID CORPORATION

7                    UNITED STATES DISTRICT COURT

8                   CENTRAL DISTRICT OF CALIFORNIA

9

10  ANTHONY DAM,                    ) Case No.: CV11-1969 VBF (PJWx)
11                                  )
           Plaintiff,                )
12                                  ) [PROPOSED] JUDGMENT
       vs.                          ) [FRCP 58]
13                                  )
    RITE AID CORPORATION, a         )
14  Delaware Corporation; and DOES 1-)
    100, inclusive,                  )
15                                  )
           Defendants.               )
16                                  )
17                                  )
18                                  )
19                                  )
20                                  )
21

22

23

24

25

26  ///
27  ///
28   ///

[PROPOSED] JUDGMENT; CASE NO. CV 11-1969-VBF (PJWx)

This Court, having entered its order granting Defendant's Motion for Summary Judgment, and good cause appearing therefore,

HEREBY ADJUDGES THAT:

1. Plaintiff Anthony Dam's Complaint shall be, and is hereby, dismissed in its entirety;

2. Judgment shall be, and is hereby entered in favor of Defendant, Rite Aid Corporation;

3. Defendant is awarded its costs of suit as a prevailing party, pursuant to California Central District Local Rules 54-1 and 54-2.2, in an amount to be determined and according to proof.

IT IS SO ORDERED.

Dated: 3-8-12

*Valerie Baker Fairbank*
JUDGE VALERIE BAKER FAIRBANK
United States District Judge,
California Central District