JONATHAN ALLAN KLEIN (SBN 162071)  JS-6
LAURA J. CLARK (SBN 209028)
KELLY, HOCKEL & KLEIN P.C.
One Sansome St., Ste. 1800
San Francisco, CA 94104-4798
Tel.: (415) 951-0535
Fax: (415) 391-7808

Attorneys for Defendant
RITE AID CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DAM, | Case No.: CV11-1969 VBF (PJWx) |
| Plaintiff, | |
| vs. | [~~PROPOSED~~] JUDGMENT [FRCP 58] |
| RITE AID CORPORATION, a Delaware Corporation; and DOES 1-100, inclusive, | |
| Defendants. | |

///

///

///

This Court, having entered its order granting Defendant's Motion for Summary Judgment, and good cause appearing therefore,

HEREBY ADJUDGES THAT:

1. Plaintiff Anthony Dam's Complaint shall be, and is hereby, dismissed in its entirety;

2. Judgment shall be, and is hereby entered in favor of Defendant, Rite Aid Corporation;

3. Defendant is awarded its costs of suit as a prevailing party, pursuant to California Central District Local Rules 54-1 and 54-2.2, in an amount to be determined and according to proof.

IT IS SO ORDERED.

Dated: 3-8-12

*Valerie Baker Fairbank*
JUDGE VALERIE BAKER FAIRBANK
United States District Judge,
California Central District